Christine E. Fearing, pro se.

Peter Alan Davidson, Ervin Cohen and Jessup, Beverly Hills, CA, for Appellee.

In the Matter of: Roger N. FEARING; Christine E. Fearing, Debtors,

Roger N. Fearing; Christine E. Fearing, Appellants,

v.

David Seror, Chapter 7 Trustee, Appellee.

No. 08–56977.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 20, 2009.*

Filed Oct. 14, 2009.

Before: HUG, SKOPIL and BEEZER, Circuit Judges.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

Roger N. Fearing, Moorpark, CA, pro se.

Christine E. Fearing, Moorpark, CA, pro se.

Peter Alan Davidson, Ervin Cohen and Jessup, Beverly Hills, CA, for Appellee.

Before: HUG, SKOPIL and BEEZER, Circuit Judges.

### MEMORANDUM \*\*

Bankruptcy debtors Roger and Christine Fearing ("the Fearings") appeal pro se from the district court's dismissal of

\*\* This disposition is not appropriate for publication and is not precedent except as provid-

their appeal from the bankruptcy court's order denying their motion for "adequate protection." We have jurisdiction under 28 U.S.C. § 158(d). We dismiss this appeal as moot.

The facts of this case are known to the parties and we do not repeat them here.

In light of our determination in case number 08–56995 that the bankruptcy court correctly determined that the Fearings are not entitled to any proceeds derived from the sale of their former residence, this appeal is moot. *See Deakins v. Monaghan*, 484 U.S. 193, 199, 108 S.Ct. 523, 98 L.Ed.2d 529 (1988) (stating that federal courts are limited to the adjudication of actual, ongoing controversies).

**DISMISSED.**